ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
508 Forbes Avenue, 2nd Floor South
Yuba City, California 95991
Telephone: (530) 751-1695
Facsimile:  (530) 751-2384

Attorney  for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. CASCO MOLINA; CRUZ DELGADO; MANUEL MARMOLEJO MENDEZ , <br><br>                   Plaintiffs, <br><br>         vs. <br><br> DANIEL A. CHARTER, an individual, R AND J FARMS, INC., a corporation, <br><br>                   Defendants. | No.  2:07-cv-01727-MCE-KJM <br><br><br><br><br><br> **STIPULATION OF PARTIES FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)]** |

   WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

   IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this action is hereby dismissed with prejudice as to all Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED by and between the parties through their designated counsel that each party bear their own attorneys' fees and litigation costs.

DATED: January 30, 2008

By: /s/ ELIZABETH S. MANCL
ELIZABETH S. MANCL
Attorney for Plaintiffs

DATED: January 30, 2008    SEYFARTH SHAW LLP

By: /s/ MARK P. GRAJSKI
MARK P. GRAJSKI
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE